IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL FRANCISCO,

       Plaintiff,

v.

CITY OF REDMOND, HANNAH COPELAND, and TIMOTHY WARBURG,

       Defendants.

Civ. No. 6:20-cv-00096-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 35), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 35) is adopted. Defendants' Motion for Summary Judgment, ECF No. 19, is GRANTED as to Plaintiff's *Monell* claim but DENIED in all other respects.

IT IS SO ORDERED.

    DATED this 28th day of September, 2021.

                                          /s/ Michael J. McShane
                                           Michael McShane
                                     United States District Judge