IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MICAH FRANCISCO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF REDMOND,<br>HANNAH COPELAND, and<br>TIMOTHY WARBURG,<br><br>　　　　　　Defendants. | Case No. 6:20-cv-00096-MC<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO THE PARTIES |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without fees or costs to any party.

DATED _____March 29\_\_\_\_\_, 2022.

　　　　　　　　　　　　　　　　　　s/Michael J. McShane
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MICHAEL J. McSHANE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PAGE 1 – JUDGMENT